JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DON MARTIN, et al., | Case No. CV 21-7537 TJH (PVC) |
| Plaintiffs, | |
| v. | **ORDER DISMISSING ACTION FOR FAILURE TO FILE IFP APPLICATION** |
| CITY OF LOS ANGELES, et al., | |
| Defendants. | |

Plaintiffs Don Martin, Julieanne Gerard, Richard Tapia, Troy Baetz, and El Lemine, California residents proceeding *pro se*, jointly filed a civil rights complaint alleging that Los Angeles Police Department Officers unlawfully impounded Martin's motorhome, in which the remaining Plaintiffs had stored some of their belongings. (Dkt. No. 1). However, Plaintiffs did not pay the filing fee or move for IFP status.

Accordingly, on October 1, 2021, the Court issued an order advising all five Plaintiffs that in multi-plaintiff *pro se* actions, each plaintiff may prosecute claims only on his/her own behalf and must individually file an IFP application supported by an adequate showing of indigency, unless the full filing fee is paid. ("Order," Dkt. No. 6) (citing *Archer v. Retter*, 2020 WL 2198172, at *5 (C.D. Cal. Jan. 29, 2020); *Gulbransen v. Far N. Reg'l Ctr.*, 2011 WL 2462994, at *1 (E.D. Cal. June 17, 2011); *Pina v. Horel*, 2008

WL 686590, at *1 (N.D. Cal. Mar. 7, 2008)). The Court ordered Plaintiffs either to pay the full filing fee or to file separate IFP applications within thirty days of the Court's Order, *i.e.*, by October 31, 2021, if they wished to proceed with their claims. The Court expressly cautioned Plaintiffs "that if, by the Court's thirty-day deadline, they fail to pay the filing fee in full and no Plaintiff, on the basis of a full and complete IFP application, qualifies for IFP status, this case will be closed without further prior notice." (Order at 3).

The Court's deadline has passed and no Plaintiff has filed an IFP application or requested an extension of time in which to do so. Accordingly, this action is hereby DISMISSED without prejudice for failure to pay the filing fee or to make an adequate showing of indigency.

IT IS SO ORDERED.

Dated: NOVEMBER 9, 2021

TERRY J. HATTER, JR.
UNITED STATES DISTRICT JUDGE

Presented by:

PEDRO V. CASTILLO
UNITED STATES MAGISTRATE JUDGE